# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDRICK ANDERSON, ) | 1:10-cv-00432 YNP [DLB] (HC) |
| ) Petitioner, ) | ORDER DENYING PETITIONER'S MOTION FOR EQUITABLE TOLLING |
| v. ) | |
| ) | [Doc. #1] |
| JAMES WALKER, Warden, ) | |
| ) Respondent. ) | |

Petitioner is a state prisoner. On March 10, 2010, Petitioner filed a document entitled "Petitioner's Notice of Motion and Request for Application fo Equitable Tolling Granting Leave to File Habeas Corpus." Petitioner has not actually filed a petition of habeas corpus with this Court. Petitioner contends that if he did file a petition it would be outside the one year statute of limitations set forth by the Antiterrorism and Effective Death Penalty Act, see 28 U.S.C. § 2244(d)(1), so he has proactively requested this Court grant him equitable tolling and leave to file a petition for writ of habeas corpus.

Petitioner did not tell the Court in his motion whether he is challenging his conviction or a disciplinary hearing nor did he specify on what date he believed the decision in question became final. Without knowing the date of the final decision, the Court cannot determine when the limitation period began to run, making it impossible to determine the date on which the limitation period ended.. Furthermore, without an actual petition, this Court cannot determine threshold matters such as venue and exhaustion. This Court cannot make any determinations as to the petition until Petitioner has actually filed a petition. Only when Petitioner has filed a petition for writ of

1  habeas corpus can this Court begin to examine these issues.

2        Accordingly, it is hereby ORDERED that

3        1. Petitioner file a petition for writ of habeas corpus with this Court within sixty (60) days.

4  This deadline does not act as a tolling period in any way.  If Petitioner chooses not to file a petition

5  within the allotted time, the case will be dismissed without prejudice pursuant to Local Rule 110;

6  and

7        2. The Clerk of the Court is DIRECTED to send Petitioner a blank § 2254 form petition.

9        IT IS SO ORDERED.

10       Dated:   **March 18, 2010**           **/s/ Dennis L. Beck**
                                              UNITED STATES MAGISTRATE JUDGE