IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FREDERICK ANDERSON,

       Petitioner,                    No. CIV S-10-1649 EFB P

       vs.

JAMES WALKER,

       Respondent.               ORDER

                                /

      Petitioner is a state prisoner without counsel seeking a writ of habeas corpus. *See* 28 U.S.C. § 2254. On December 6, 2010, petitioner requested that this action be stayed pending the issuance of a decision by the California Supreme Court in Case No. S188349. Dckt. No. 36. Respondent did not oppose or otherwise respond to petitioner's motion. A review of the California Supreme Court's docket shows that the California Supreme Court issued a decision in Case No. S188349 on May 18, 2011.[1] Petitioner's motion to stay is therefore denied as moot.

DATED: May 20, 2011.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

---

[1] A court may take judicial notice of court records. *See MGIC Indem. Co. v. Weisman*, 803 F.2d 500, 505 (9th Cir. 1986); *United States v. Wilson*, 631 F.2d 118, 119 (9th Cir. 1980).